# PARKER HANSKI LLC

40 WORTH STREET, SUITE 602
NEW YORK, NEW YORK 10013
PHONE: 212.248.7400
FAX:    212.248.5600
ghp@parkerhanski.com

January 26, 2024

Via ECF
The Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York

**Re:**   *Kelly Irish v. 300 West 114th Owner, LLC and Ablem Food Services LLC*

**Docket No. 1:23-cv-01125 (JHR)(SDA)**

Dear Judge Rearden:

We represent the plaintiff in the above-entitled action. On behalf of all the parties, we write to respectfully ask the Court to extend the deadline for an application to restore this action to February 26, 2024. The reason for this request is because the parties require the additional time to execute the settlement agreement and satisfy the condition precedent for filing a stipulation of dismissal. This is the first application to extend this deadline.

Thank you for your time and attention to this matter. With kindest regards, I am

very truly yours,

/s/

Glen H. Parker, Esq.

Application GRANTED. The deadline to reopen the action if the settlement is not consummated is extended to **Monday, February 26, 2024**. The Clerk of Court is directed to terminate ECF No. 30. SO ORDERED.

Jennifer H. Rearden, U.S.D.J.
Dated: January 29, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/29/2024